AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Operating Engineers Pension Fund, et al
  Plaintiff (s),
V.
Nottnagel Industries, Inc., et al
  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:25-cv-06632

Notice is hereby given that, subject to approval by the court, __N6, LLC__ substitutes
(Party (s) Name)

__Steven Benjamin, Esq.__ , State Bar No. __176784__ as counsel of record in
(Name of New Attorney)

place of __James Bourbeau, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
  Firm Name:  Benjamin Law Offices
  Address:    1610 R Street, Suite 300, Sacramento, CA 95811
  Telephone:  (916) 476-4880          Facsimile
  E-Mail (Optional): steve@benjaminlawoffices.com

I consent to the above substitution.
Date:  11/4/2025                               _/s/ signature/_
                                               (Signature of Party (s))

I consent to being substituted.
Date:  11/14/2025                              _/s/ James Bourbeau_
                                               (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  11/14/2025                              _/s/ Steven Benjamin_
                                               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  November 14, 2025                       _/s/ T.M. Hixson_
                                               Judge
                                               Thomas S. Hixson, U.S. Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Operating Engineers Pension Fund, et al
                                 Plaintiff (s),
                      V.
Nottnagel Industries, Inc., et al
                                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:25-cv-06632

Notice is hereby given that, subject to approval by the court, __Matthew Nottnagel__ substitutes
(Party (s) Name)

__Steven Benjamin, Esq.__, State Bar No. __176784__ as counsel of record in
(Name of New Attorney)

place of __James Bourbeau, ESq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Benjamin Law Offices
Address:         1610 R Street, Suite 300, Sacramento, CA 95811
Telephone:       (916) 476-4880         Facsimile _____ Format (999) 999-9999
E-Mail (Optional): steve@benjaminlawoffices.com

I consent to the above substitution.
Date: __11/4/2025__                              _[signature]_
         Format m/d/yyyy                          (Signature of Party (s))

I consent to being substituted.
Date: __11/14/2025__                             _James Bourbeau_
         Format m/d/yyyy                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __11/14/2025__                             _Steven Benjamin_
         Format m/d/yyyy                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __November 14, 2025__                      _[signature]_
         Format m/d/yyyy                          Judge
                                                  Thomas S. Hixson, U.S. Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]