UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al., | Case No.  25-cv-06632-RS  (LJC) |
| Plaintiffs, | **NOTICE OF REFERRAL FOR DISCOVERY** |
| v. | |
| NOTTNAGEL INDUSTRIES, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery.  As to all discovery matters, the parties shall comply with Section F of the undersigned's Standing Order, which is available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please be advised that discovery disputes must be presented in a joint letter brief that includes, inter alia, an attestation that the parties have met and conferred as required by the Standing Order.  The Court has reviewed Plaintiffs' Motion of Need for Discovery Referral (ECF No. 50) and expects that the parties should be able to substantially narrow their disputes through the meet-and-confer process before presenting any remaining matters for resolution by the Court.

Please contact the Courtroom Deputy Clerk at ljccrd@cand.uscourts.gov with any administrative questions.

**IT IS SO ORDERED.**

Dated: June 29, 2026

LISA J. CISNEROS
United States Magistrate Judge